AO 91 (Rev. 11/11)  Criminal Complaint

FILED November 28, 2018
(Date)

NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>DEREK A. THOMPSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 3:18mj305 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21, 2018__ in the county of __Okaloosa__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 7 & 13 and Florida Statute 316.193 | Driving Under the Influence (5th offense) |
| Title 18, United States Code, Section 7 & 13 and Florida Statute 322.34 | Driving While License Suspended or Revoked (2nd offense) |

This criminal complaint is based on these facts:

See attached affidavit from Investigator Travis Jones, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Jones, USAF Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/28/2018__

_____
*Judge's signature*

City and state: __Pensacola, Florida__    Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*