IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DEREK THOMPSON

INDICTMENT

3:18cr124/MCR

_____/

THE GRAND JURY CHARGES:

## COUNT ONE

On or about November 21, 2018, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**DEREK THOMPSON,**

did willfully flee in an attempt to elude a law enforcement officer, while the law enforcement officer was in an authorized law enforcement patrol vehicle with agency insignia and other jurisdictional markings prominently displayed on the vehicle and with siren and lights activated, and during the course of the fleeing and the attempt to elude, did drive at high speed and in a manner demonstrating a wanton disregard for the safety of persons and property.

Returned in open court pursuant to Rule 6(f)

December 18, 2018
Date
_____
United States Magistrate Judge

In violation of Section 316.1935(3)(a), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

## COUNT TWO

On or about November 21, 2018, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

## DEREK THOMPSON,

having previously been convicted on three or more occasions of driving under the influence, including on or about December 6, 2012; on or about October 6, 2015; on or about October 6, 2015; and on or about April 20, 2017; did unlawfully drive and was in actual physical control of a vehicle while under the influence of alcoholic beverages and any chemical substance set forth in Section 877.111 and any substance controlled under Chapter 893, Florida Statutes, when affected to the extent that his normal faculties were impaired, and having a breath-alcohol level of 0.08 or more grams of alcohol per 210 liters of breath.

In violation of Sections 316.193(1)(a), (1)(c), (2)(b)1, and (2)(b)3, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

A TRUE BILL:

███████████

FOREPERSON

12/18/18
DATE

CHRISTOPHER P. CANOVA
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney