UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                 Case No. 3:18cr124/MCR

DEREK THOMPSON
_____/

## **ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, DEREK THOMPSON, to the lesser included offense to Count I, that is, Fleeing to Elude Law Enforcement Officer, and Count II of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 8th day of March 2019.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**