# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,

                Case Number 3:18 CR 00124-MCR-1

                Hon. M. CASEY RODGERS

DEREK THOMPSON

      Defendant.

_____/

ASHLEY NOELLE JOHNSON
Eglin Legal Office
96 TW/JA Eglin AFB
501 W Van Matre Ave.
Ste. 1, Building 2
(850) 882-8308
Email: gene.crawford@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
DEREK THOMPSON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: saschulman@comcast.net

JEFFREY MICHAEL THARP
DOJ-USAO
21 E Garden Street
Ste. 400
Pensacola, Fl 32502
(850) 444-4000
Fax: (850) 434-9050
Email: Jeffrey.tharp@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: attorneystefanielambert@gmail.com

TARACINA ROSE BINTLIFF
United States Air Force
501 W Van Matre Ave.
Eglin Air Force Base, FL 32542
(970) 372-8956
Email: taracina.bintliff.1@us.af.mil
_____/

**MOTION TO APPEAR PRO HAC VICE, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules, the undersigned respectfully moves for the admission pro hac vice of Stefanie Lambert Juntilla with the Federal Criminal Attorneys of Michigan in the above styled case only, and in support thereof states as follows:

1. Stefanie Lambert Junttila is not admitted to practice in the Northern District of Florida and is a member of good standing of the State Bar of Michigan, and the Eastern District Court of Michigan. (See Exhibit 1).

2. Stefanie Lambert Junttila has completed the CM/ECF tutorial as well as the Attorney Admission tutorial, and was provided with the following confirmation number: FLND15894194293339.

3. In accordance with the local rules of this Court, Stefanie Lambert Junttila, has made payment of this Court's $201.00 admission fee.

4. Stefanie Lambert Junttila, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby

requests the Court to provide Notice of Electronic Filings to Stefanie Lambert Junttila at email address: attorneystefanielambert@gmail.com.

WHEREFORE, Stefanie Lambert Junttila, moves this Court to enter an Order to appear before this Court on behalf of Derek Thompson for all purposes relating to the proceedings in the above styled matter and directing the Clerk to provide notice of electronic filings to Stefanie Lambert Junttila.

        Respectfully submitted,

        /s/ Stefanie L. Lambert Junttila
        Stefanie L. Lambert Junttila
        Attorney for Defendant
            DEREK THOMPSON
        Phone: (313) 963-4740
        500 Griswold St. Ste. 2340
        Detroit, MI 48226
        Email:attorneystefanielambert@gmail.com
        Phone: (313) 963-4740

Date:       May 13, 2020

### Certificate of Service

I, Stefanie Lambert Junttila, attorney at law, certify that on May 13, 2020, I caused a copy of this pleading to be served upon the Clerk of the Court and Government via E-file.

        /s/ Stefanie Lambert Junttila
        Stefanie Lambert Junttila (P71303)