This is an official document issued by the State Bar of Michigan and will be valid for 45 days from the date on this certificate. While the State Bar of Michigan operates under the advisement of government officials during the COVID-19 pandemic, Certificates of Good Standing will only be issued in this manner and sent by email. No paper copies will be issued or mailed until further notice.

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Stefanie Lynn Junttila, P71303 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 28, 2007 in Wayne County and became a member of the State Bar of Michigan on December 6, 2007.

_____
Janet K. Welch, Executive Director
May 14, 2020